# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BARBARA A. HARVEY

     VS                                CASE NO.  4:04CV155-RH/WCS

CENTRAL LOCATING SERVICE LTD
CORP.

## JUDGMENT

This action came  before the Court with the Honorable Robert L. Hinkle

presiding.  Pursuant to Order dated 6/13/05 an AMENDED JUDGMENT for costs

providing that the defendant shall recover from plaintiff the sum of $3,543.97 is entered.


Costs are hereby taxed against BARBARA HARVEY and in favor of CENTRAL

LOCATING SERVICE, LTD in the amount of $3,543.97.

                            WILLIAM M. McCOOL, CLERK OF COURT


 June 17, 2005               s/Anita Sullivan
DATE                        Deputy Clerk

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.